# Exhibit A:



**BBVA**

Classic Secured

PETER DAVID WAGNER

Account Number: XXXX-XXXX-XXXX-6372
Page 1 of 3

### Account Summary for Period December 17, 2020 - January 16, 2021

| Summary of Account Information | | | | Questions? |
|---|---|---|---|---|
| Previous Balance | $247.17 | Fees Charged | $0.00 | Call Customer Service 1-800-239-5175 |
| Payments | $247.17 | Interest Charged | $0.00 | Outside the US: 1-256-552-1587 |
| Other Credits | $0.00 | New Balance | $0.00 | Lost or Stolen Credit Card 1-800-239-5175 |
| Purchases | $0.00 | Credit Limit | $0.00 | www.bbvausa.com |
| Balance Transfers | $0.00 | Available Credit | $0.00 | Please send billing inquiries |
| Cash Advances | $0.00 | Statement Closing Date | 01/16/2021 | & correspondence to: |
| Past Due Amount | $0.00 | Days in Billing Cycle | 31 | PO BOX 830139, BIRMINGHAM, AL 35283-0139 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 02/13/2021 |

Dear valued customer, you may from time to time notice a charge for a payment late fee that is subsequently reversed. This may happen if your payment is made on the due date and the timing of our processing of the payment on the following day. Your account will always be credited for payments based on the date the payment was received by the bank.

If your payment is returned for any reason, we may charge a returned payment fee up to $20.00.

Updates coming to your Visa® Benefits:
Beginning early 2021, your BBVA Visa credit card will include ID Navigator Powered by NortonLifeLock™. More details about these benefits will be available in January 2021.
Benefits that will be discontinued due to low usage: ARDCW (auto rental damage and collision waiver) and Warranty Manager benefits will be eliminated on January 31, 2021.
For questions, please contact us at 1-800-239-5175.

---------- DETACH HERE: Please include lower portion with your remittance. ----------



**BBVA**

1280009363729000000000000000213

BBVA USA
PO BOX 10008
BIRMINGHAM AL 35202-0008

| | |
|---|---|
| Account | XXXX-XXXX-XXXX-6372 |
| Payment Due Date | 02/13/21 |
| New Balance | $0.00 |
| Minimum Payment | $0.00 |

Make Check Payable and Mail to:
BBVA USA
PO BOX 830139
BIRMINGHAM AL 35283-0139

Amount Enclosed $ _____

PETER DAVID WAGNER            **N0004260
11512 SUNNY CREEK LN
MANOR TX 78653

⑆062001186⑆  1280009363729⑈

PETER DAVID WAGNER                                    Account Number: XXXX-XXXX-XXXX-6372
                                                                              Page 3 of 3

## We are here for you.

Please reach out to us at 1-844-BBVA USA if we can assist you. We encourage you to access your accounts 24/7 with our BBVA Mobile App and Online Banking to manage your everyday banking needs. Visit bbvausa.com/special/covid19 to learn what measures we are taking to serve you during this time.

### Transactions

| POST DATE | TRAN DATE | REFERENCE NUMBER - DESCRIPTION OF TRANSACTION OR CREDIT | AMOUNT |
|---|---|---|---|
| 12/22 | 12/22 | 62440707150 - 03PAYMENT | -$247.17 |

| 2021 TOTALS YEAR-TO-DATE | |
|---|---|
| TOTAL FEES CHARGED IN 2021 | $0.00 |
| TOTAL INTEREST CHARGED IN 2021 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASE | 22.240% (V) | $0.00 | $0.00 |
| CASH | 31.240% (V) | $0.00 | $0.00 |

(V) = Variable Rate