# Exhibit B:



2122
51891
DATE 12/18/21
PAY TO BBVA
FOR Credit Card Payment
TOTAL
THIS CHECK  107 00
OTHER TRANS +/-
TAX DEDUCTIBLE ☐
BALANCE
BALANCE BROUGHT FORWARD

EXHIBIT "B"