Exhibit C:



Prepared For PETER D. WAGNER   Date generated: Mar 15, 2021

## Closed accounts

**BBVA USA**                                                                               $0
1 late payment                                                                          Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | BBVA USA | Balance | $0 |
| Account number | 463404XXXXXX | Balance updated | Jan 18, 2021 |
| Original creditor | - | Credit limit | $450 |
| Company sold | - | Monthly payment | - |
| Account type | Revolving account | Past due amount | $0 |
| Date opened | Jun 11, 2020 | Highest balance | $308 |
| Account status | Closed | Terms | - |
| Payment status | 30 days past due | Responsibility | Individual account |
| Status updated | Jan 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | — | — | — | — | — | — | ● | ● | ● | ● | ● | 30 |

● On time   30 days late   — Data unavailable

### Contact info

| | |
|---|---|
| Address | 2009 BELTLINE ROAD SW DECATUR, AL 35603 |
| Phone number | (205) 933-3000 |

### Comments

Canceled by credit grantor