Exhibit D:

Experian

Public records

No public records reported.

> BBVA
> Ticket #
> 6229468
> for Ticket
> 2-4-2021