# Exhibit G:

**PETER DAVID WAGNER**
**11512 SUNNY CREEK LN.**
MANOR, TEXAS 78653

04/2/2021

*Second Notice*
*6-28-2021*

**BBVA**
**2009 BELTLINE ROAD SW**
**DECATUR, AL. 35603**

**RE; Account# 463404XX**

Dear sirs/madam;
You are reporting this account inaccurately. I have called your company about several times about this error, and yet you still are reporting this inaccurately. I have never been late, which is why I set up a pre-pay account with you.

I have enclosed a copy of the Federal Trade Commission's Notice to Furnishers of information. It explains your responsibilities under the Fair Credit Reporting Act (FCRA). Please send me copies of all records relating to the account, including;

- Account applications made on paper, online, or by telephone
- Account statements or invoices
- Records of payment or charge slips
- Delivery addresses associated with the account
- Records of phone numbers used to activate or access the account
- Signatures on applications and accounts
- Investigators report
- Please send me a letter explaining what you have done to;

- Inform **the bureaus** that the entry is wrong.

- Stop ignoring my requests.

- Stop reporting information about the debt to credit reporting companies

- Provide me with the records with the records I request

Thank you for your cooperation,
Sincerely,

**Wagner, Peter D.**

Enclosures

1-Copy statement

2-Notice to Furnisher



Prepared For PETER D. WAGNER   Date generated: Jun 24, 2021

## Closed accounts

**●BBVA USA**                                                                    $0
1 late payment                                                              Closed

### ⁞ Account info

| | | | |
|---|---|---|---|
| Account name | BBVA USA | Balance | $0 |
| Account number | 463404XXXXXX | Balance updated | Jan 18, 2021 |
| Original creditor | · | Credit limit | $450 |
| Company sold | · | Monthly payment | · |
| Account type | Revolving account | Past due amount | · |
| Date opened | Jun 11, 2020 | Highest balance | $308 |
| Account status | Closed | Terms | - |
| Payment status | 30 days past due | Responsibility | Individual account |
| Status updated | Jan 2021 | Your statement | · |

### ⁞⁞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | — | — | — | — | — | — | ● | ● | ● | ● | ● | 30 |

● On time      30 days late      — Data unavailable

### ⁞ Contact info

| | |
|---|---|
| Address | 2009 BELTLINE ROAD SW DECATUR, AL 35603 |
| Phone number | (205) 933-3000 |

### ⁞ Comments

Canceled by credit grantor