Exhibit H:



## CONDITIONAL PRE-QUALIFICATION LETTER
This is not a loan approval or commitment to lend

| | | | |
|---|---|---|---|
| TODAY'S DATE: | 9/26/2021 | | 9/ |
| BORROWER'S NAME(S): | PETER D. WAGNER | | |
| PROPERTY ADDRESS: | 11512 SUNNY CREEK LANE  MANOR, TX 78653 | | |
| LOAN TYPE: | FHA | SALES PRICE: | 265,000 |
| QUAL RATE | 3.75% | QUAL RATE 2ND: | |
| 1ST LIEN | 255,725 | 2ND LIEN | |
| TERM: | 360 | TERM: | 360 |
| C-L-T-V: | 91.155 | PRE-APPROVAL EXP: | 12/6/2022 |

MLS Mortgage Lending Solutions. LLC  ☒Has  ☐Has Not reviewed the prospective applicant(s) credit report and credit score

The prospective applicant(s) have provided MLS Mortgage Lending Solutions with the following:
Income:                  Yes☒  No☐  N/A☐
Debts:                   Yes☒  No☐  N/A☐
Assets:                  Yes☒  No☐  N/A☐
Available Cash to Close: Yes☒  No☐  N/A☐

Based on the information that the prospective applicant(s) have provided, MLS Mortgage Lending Solutions has determined that the prospective applicant(s) is eligible and qualified to meet the financial requirements of the loan.

**This is not a loan approval or a commitment to lend on the terms describes in the loan details section**
 Approval of the Loan requires:
(1) Receipt of a signed loan application and all supporting documents requested
(2) Lender verification of the information that the prospective applicant(s) has provided
(3) The prospective applicant(s) financial status and credit report to remain substantially the same until the loan closes
(4) The collateral for the loan to meet the lender's requirements
(5) The loan, as described, to remain available in the market
(6)  The prospective appl8icant(s) to execute all documents the lender requires
The lender also requires the following additional items:


Please feel free to call or email me with any questions!  **512-799-8887**
todd@mlscommercialfinance.com

Regards,

Todd Turlington -- RMLO Mortgage Broker / VP of Business Development
*Condo Financing Specialist*
NMLS License#251090


MLS Mortgage Lending Solutions, LLC
7000 N. Mopac • Suite 200 • Austin, Texas 78731
Desk 512.368.4180 • Cell/Text 512.799.8887

CV-Certificate of Service (Service of Papers Other than Citation)
Instructions: Every notice, pleading, plea, motion, or request made to the court must be served on all other parties in person, by mail or courier, by fax, by e-mail with consent, or in another manner directed by the court. Pleadings and documents other than a citation may be served by a party to the suit, an attorney of record, a sheriff or constable, or any other person competent to testify.
Proof of such service must be evidenced by a certificate of service signed by a party or the party's attorney of record, or signed and verified if the service is made by any other person, and attached to the document filed with the Court. Rule 501.4

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties to this lawsuit as follows:

Name of Document: __Complaint for Damages__

Method of Service *(include information for each party to the lawsuit served with the document)*:

☐ Personal Delivery:
   Name of Party or Party's attorney of record or agent, if any: _____
   Address : _____
   Date delivered: _____
   Person delivering document: _____

☐ Mail or Courier:
   Name of Party or Party's attorney of record or agent, if any: __BBVA Bank__
   Address : __1520 5th S Birmingham AL. 35205__
   Date mailed: __June 26 2022__   Certified Mail Receipt No.: _____
   Courier: _____
   Date of courier delivery: _____   Courier Receipt No.: _____

☐ Fax
   Name of Party or Party's attorney of record or agent, if any: __N/A__
   Date and time fax sent: __N/A__   Fax number: _____

☐ Email
   Name of Party or Party's attorney of record or agent, if any: _____
   Date and time email sent: _____   Email address: _____

Signed on __June 26 2022__

_____
Signature of Party or Party's Attorney of Record

Signed on _____.

_____
Signature of Person Providing Notice

**(VERIFICATION REQUIRED IF SERVICE IS BY A PERSON OTHER THAN A PARTY OR PARTY'S ATTORNEY)**

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Signed on __June 26__ in __2022__, County, Texas.

_____
Signature of Person Providing Notice
Printed Name: _____
Address: _____
Date of Birth: _____